# CRIMINAL MINUTES

DATE: September 23, 2013          JUDGE: Peter J. Messitte

TIME: 2:10-2:20                   REPORTER/FTR/CTRM: Marshall (4C)

AUSA: Sujit Raman                 CRD: Peterson

AGENT:                            INTERPRETER:

DFT'S ATY: William Buie

UNITED STATES OF AMERICA v. OLUWASEUN SANYA

☐ Released on Conditions/PR          ☒ Detained/Remanded to USMS

DFDT'S AGE:                       YEAR OF BIRTH:

CRIMINAL NO.: PJM-13-0121         NO. OF COUNTS: 1,2,3 & 4

☐ Initial Appearance              ☒ **Indictment**
☐ Arraignment                     ☐ Superseding Indictment
☐ Rearraignment                   ☐ Information
☒ **Sentencing**                  ☐ Superseding Information
☐ Sentencing Hearing              ☐ Motions Hearing
☐ Violation of Probation          ☐ Pretrial Conference
☐ Violation of Supervised Release ☐ WAIVER
☐ Detention Hearing               ☐ Other
☐ Appeal of Magistrate Judge's Decision  ☐ See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s)

Defendant arraigned/rearraigned and plead Guilty as to Count(s)

NOT GUILTY as to Count(s) _____ which was/were accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.

Sentencing Date:

REMARKS: (--) Sentencing continued until 9/30/13 @9:30 a.m. as stated on the record in open court.

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

☐ Defendant advised of Right of Appeal.
☐ Imposition of Sentence Suspended pending PSI.
☐ ___ Days for Motions. Motion to be filed by
☐ Trail-Bench/Jury ___ day(s). Trial week of
☐ Pretrial Officer _____          ☒ Probation Officer John Taberski
☒ Minute entries docketed.

# CRIMINAL MINUTES – Page 2

CASE NO.:  PJM-13-0121

| Government Witness(es) | Defendant(s) Witness(es) |
|---|---|
| 1) | 1) |
| 2) | 2) |
| 3) | 3) |
| 4) | 4) |
| 5) | 5) |
| 6) | 6) |
| 7) | 7) |